**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NICKIE LASHLLE GRISBY**                                          **PLAINTIFF**

**v.**                              **No. 4:26-cv-155-DPM**

**GALA ISHMEL ROBINSON, Military,**
**Feds;   ALEXANDER S. ROBINSON,**
**Military, Ex Feds;   ALEX L. ROBINSON,**
**Military;   and TIFFANY AVERY, Military**          **DEFENDANTS**

**ORDER**

**1.**    Grisby's application to proceed *in forma pauperis* is incomplete;  her motion only includes the first page and neither the certificate nor calculation sheet are signed by an authorized official. 28 U.S.C. § 1915(a)(2).   Her application, *Doc. 1*, is therefore denied without prejudice.

**2.**    Grisby must submit a completed application and certified calculation sheet by 23 March 2026.   If she doesn't, then the Court will dismiss her complaint without prejudice.   LOCAL RULE 5.5(c)(2). If the Court grants Grisby's permission to proceed *in forma pauperis*, then she will have to pay the $350 filing fee in monthly installments taken from her prisoner account.   28 U.S.C. § 1915(b).

**3.**    The Court directs the Clerk to mail Grisby an *in forma pauperis* application with a copy of this Order.

So Ordered.

_D.P. Marshall Jr._____
D.P. Marshall Jr.
United States District Judge

<u>17 February 2026</u>